IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CLARENCE LEROY DAGGETT,<br><br>Plaintiff,<br><br>v.<br><br>CDCR, et al.,<br><br>Defendants. | ) | No. C 14-0459 LHK (PR)<br><br>ORDER DIRECTING PLAINTIFF TO FILE CERTIFICATE OF FUNDS |

On January 30, 2014, plaintiff, a California state prisoner, filed a letter, which intiated this action. The same day, the clerk notified plaintiff that he failed to submit a complaint. The clerk also notified plaintiff that he had not paid the filing fee, nor had he filed an application to proceed *in forma pauperis* ("IFP"). Plaintiff was cautioned that his failure to file a complaint and either file a completed IFP application or pay the filing fee within twenty-eight days would result in the dismissal of this action. On March 11, 2014, after having received no communication from plaintiff, the court dismissed this action and closed the case. The following day, plaintiff filed a complaint and an incomplete motion for leave to proceed IFP. Should plaintiff wish to re-open this action, within **thirty days** of the filing date of this order, plaintiff must file a copy of a Certificate of Funds completed and signed by an authorized officer at the prison, or pay the filing fee. **Failure to do so within thirty days will result in the denial of plaintiff's motion for leave to proceed IFP, and this case remaining closed.**

IT IS SO ORDERED.

DATED: 4/12/14

Lucy H. Koh

LUCY H. KOH
United States District Judge

Order Directing Plaintiff to File Certificate of Funds
P:\PRO-SE\LHK\CR.13\Daggett459reoifp.wpd 2