**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLARENCE LEROY DAGGETT JR., <br><br> Plaintiff, <br><br> vs. <br><br> CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION et al., <br><br> Defendants. | Case No. EDCV 14-1210-RGK (JPR) <br><br> **J U D G M E N T** |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: September 11, 2014

*Gary Klausner*
R. GARY KLAUSNER
U.S. DISTRICT JUDGE